# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0048. KAPPELMEIER v. BRIDGE PROPERTY MANAGEMENT d/b/a PROMENADE AT BERKELEY.

Upon consideration of Appellant Gottfried A. Kappelmeier's May 3, 2019 pleading, which we have construed as an emergency motion pursuant to Court of Appeals Rule 40 (b), the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/03/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*